

**SO ORDERED.**

**SIGNED this 03 day of June, 2008.**

_____
**JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re:   Horace Keith Belk<br>Carol Louise Belk<br>4010 Frazier Circle<br>Tifton, GA 31793<br><br>XXX-XX-1409<br>XXX-XX-4521 | Chapter 13<br><br>Case No: 08-70013-JTL |

Order Disallowing Claim

The objection of the Chapter 13 Trustee to claim # 14 filed by Household Bank (Sb) N.A., % Ecast Settlement Corporation 3936 E. Ft. Lowell Rd Ste. 200, Tucson, AZ 85712, in the above referenced case, having been served upon the claimant and other parties of interest, and no response to said objection having been filed, it is hereby

ORDERED that claim # 14 filed by Household Bank (Sb) N.A., be and is hereby disallowed .

END OF DOCUMENT

Kristin Hurst
P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151